A CERTIFIED TRUE COPY

MAR 21 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 27 2007

JAMES N. HATTEN, CLERK
By: _____

DOCKET NO. 1804

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR -5 2007

FILED
CLERK'S OFFICE

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE STAND 'N SEAL PRODUCTS LIABILITY LITIGATION

*Robert Balaty et al v Roanoke Companies Group, Inc, et al*, D Colorado,
C A No 1 07-358

### CONDITIONAL TRANSFER ORDER (CTO-2)

On January 5, 2007, the Panel transferred ten civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U S C § 1407 See ___ F Supp 2d ___ (J.P M L 2007) Since that time, two additional actions have been transferred to the Northern District of Georgia With the consent of that court, all such actions have been assigned to the Honorable Thomas W Thrash, Jr

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash

Pursuant to Rule 7 4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F R D 425, 435-36 (2001), this action is transferred under 28 U S C § 1407 to the Northern District of Georgia for the reasons stated in the order of January 5, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 21 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS

MAR 29 2007

James N. Hatten, Clerk
By: _____
Deputy Clerk

## INVOLVED COUNSEL LIST (CTO-2)
## DOCKET NO. 1804
## IN RE STAND 'N SEAL PRODUCTS LIABILITY LITIGATION

Sarah M. Blake
Watts Law Firm
815 Walker Street
#1600
Houston, TX 77002