UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-01485-MSK-MJW
Erika Wong v. Roanoke Companies Group, Inc., et al.

Civil Action No. 1:07-cv-358-WYD-MEH
Robert Balaty, et al. v. Roanoke Companies Group, Inc., et al.

Civil Action No. 1:07-cv-1738-WYD-MJW
Jacqueline Birdsall v. Roanoke Companies Group, Inc., et al.

Civil Action No. 1:07-cv-1740-WYD-MEH
Dorothy Paszak v. Roanoke Companies Group, Inc., et al.

Civil Action No. 1:07-cv-01803-LTB
Sandie Himmelman, et al. v. Roanoke Companies Group, Inc., et al.
_____

**ORDER**
_____

THIS MATTER comes before the Court upon review of the above-captioned

cases.  Pursuant to D.C.COLO.LCivR 40.1 and with my approval as Chief Judge, case

numbers 06-cv-01485 and 07-cv-01803 are hereby transferred to me.  This Order is

also a special order appointing Magistrate Judge Michael E. Hegarty as the presiding

Magistrate Judge for all of these cases pursuant to D.C.COLO.LCivR 72.1.

Accordingly, it is

ORDERED that case numbers 06-cv-01485 and 07-cv-01803 are

**TRANSFERRED** to Chief Judge Wiley Y. Daniel pursuant to D.C.COLO.LCivR 40.1 with

my approval as Chief Judge.  It is

FURTHER ORDERED that Magistrate Judge Michael E. Hegarty is appointed as

the presiding Magistrate Judge for these above-captioned cases pursuant to

D.C.COLO.LCivR 72.1.  It is

FURTHER ORDERED that the motions for status and planning conference filed in each above-captioned case are **GRANTED.**  A joint status and planning conference is set in these cases for **Friday, May 14, 2010 at 1:30 p.m. in courtroom A1002.**

Dated:  April 29, 2010

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge