IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00358-WYD-MEH

ROBERT BALATY;
GLORIA BOWMAN;
MARK BRANDOW;
JENNIFER BRINDISI;
JULIE BROZOVICH;
SCOTT COGAN;
DEAN DEMPSEY, SR.;
JAMES DOWNING;
JESSICA GOODWIN;
KENT GREGG;
JILL HARRIS;
SHANNON JOHNSON;
PATRICIA LEIGH;
FRED McCOY;
VALERIE REMINGTON;
GRET THOMAS; and
JAMES WELTZHEIMER;

    Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC.;
BRITT, INC.;
HOME DEPOT U.S.A., INC.;
SLR, INC.;
AEROFIL TECHNOLOGY, INC.;
INNOVATIVE CHEMICAL TECHNOLOGIES; and
ORTEC, INC.;

    Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on May 7, 2010.**

    Plaintiffs' Motion to Withdraw Sarah M. Blake as Counsel [filed May 6, 2010; docket #63]

is **granted**.  Ms. Blake's representation of the Plaintiffs in this matter is hereby terminated.  The Plaintiffs will continue to be represented by William Maiberger of Watts Guerra Craft LLP.