IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00358-WYD

ROBERT BALATY,
GLORIA BOWMAN,
MARK BRANDOW,
JENNIFER BRINDISI,
JULIE BROZOVICH,
SCOTT COGAN,
**DEAN DEMPSEY, SR.**,
**DEAN DEMPSEY, JR.**
JAMES DOWNING,
JESSICA GOODWIN,
**KENT GREGG**,
JILL HARRIS,
**SHANNON JOHNSON,**
PATRICIA LEIGH,
FRED MCCOY,
VALERIE REMINGTON,
GREGG THOMAS,
JAMES WELTZHEIMER,

    Plaintiffs,
v.
**ROANOKE COMPANIES GROUP, INC.,**
**HOME DEPOT U.S.A, INC**.,
SLR, INC.
AEROFIL TECHNOLOGY, INC.
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.
ORTEC, INC.

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the Plaintiffs' Stipulation and Consent Order of Dismissal With Prejudice of Roanoke Companies Group, Inc. and Home Depot U.S.A., Pursuant to FRCP 41(a)(2) (ECF No. 91), filed July 15, 2010. After a

careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a), the stipulation should be approved and Plaintiffs Dean Dempsey, Sr., Individually and a/n/f of D. D. a minor, Kent Gregg, and Shannon Johnson's claims against Defendants Roanoke Companies Group, Inc., and Home Depot U.S.A., Inc., should be dismissed with prejudice. Accordingly, it is

ORDERED that the Plaintiffs' Stipulation and Consent Order of Dismissal With Prejudice of Roanoke Companies Group, Inc. and Home Deport U.S.A., Pursuant to FRCP 41(a)(2) (ECF No. 91) is **APPROVED.** In accordance therewith, Plaintiffs Dean Dempsey, Sr., Individually and a/n/f of D. D. a minor, Kent Gregg, and Shannon Johnson's claims against Defendants Roanoke Companies Group, Inc., and Home Depot U.S.A., Inc., are **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated: July 21, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge