IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00358-WYD

**ROBERT BALATY,
GLORIA BOWMAN,
MARK BRANDOW,
JENNIFER BRINDISI,
JULIE BROZOVICH,
SCOTT COGAN,
DEAN DEMPSEY, SR.,
DEAN DEMPSEY, JR.
JAMES DOWNING,
JESSICA GOODWIN,
KENT GREGG,
JILL HARRIS,
SHANNON JOHNSON,
PATRICIA LEIGH,
FRED MCCOY,
VALERIE REMINGTON,
GREGG THOMAS,
JAMES WELTZHEIMER**,

    Plaintiffs,
v.
ROANOKE COMPANIES GROUP, INC.,
HOME DEPOT U.S.A, INC.,
SLR, INC.
AEROFIL TECHNOLOGY, INC.
**INNOVATIVE CHEMICAL TECHNOLOGIES, INC**.
ORTEC, INC.

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With Prejudice (ECF No. 99), filed July 27, 2010. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a), the stipulated motion should be

granted and all of Plaintiffs' claims against Defendant Innovative Chemical Technologies, Inc. should be dismissed with prejudice. Accordingly, it is

ORDERED that the Stipulated Motion for Dismissal With Prejudice (ECF No. 99) is **GRANTED.** In accordance therewith, Plaintiffs' claims against Defendant Innovative Chemical Technologies, Inc. are **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated: July 28, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge