IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00358-WYD-MEH

ROBERT BALATY;
GLORIA BOWMAN;
MARK BRANDOW;
JENNIFER BRINDISI;
JULIE BROZOVICH;
SCOTT COGAN;
DEAN DEMPSEY, SR.;
JAMES DOWNING;
JESSICA GOODWIN;
KENT GREGG;
JILL HARRIS;
SHANNON JOHNSON;
PATRICIA LEIGH;
FRED McCOY;
VALERIE REMINGTON;
GRET THOMAS; and
JAMES WELTZHEIMER;

    Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC.;
BRITT, INC.;
HOME DEPOT U.S.A., INC.;
SLR, INC.;
AEROFIL TECHNOLOGY, INC.;
INNOVATIVE CHEMICAL TECHNOLOGIES; and
ORTEC, INC.;

    Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on July 30, 2010.**

In the interests of justice pursuant to Fed. R. Civ. P. 15(a), Plaintiffs' unopposed[1] Second

---

[1] *See* docket #103.

Motion for Leave to File Fourth Amended Complaint [filed July 29, 2010; docket #101] is **granted**. The Clerk of the Court is directed to file the Fourth Amended Complaint found at docket #101-2. Defendants shall file an answer or other response to the Fourth Amended Complaint in accordance with Fed. R. Civ. P. 15(a).