IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00358-WYD-MEH

ROBERT BALATY;
GLORIA BOWMAN;
MARK BRANDOW;
JENNIFER BRINDISI;
JULIE BROZOVICH;
SCOTT COGAN;
DEAN DEMPSEY, SR.;
JAMES DOWNING;
JESSICA GOODWIN;
KENT GREGG;
JILL HARRIS;
SHANNON JOHNSON;
PATRICIA LEIGH;
FRED McCOY;
VALERIE REMINGTON;
GRET THOMAS; and
JAMES WELTZHEIMER;

    Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC.;
BRITT, INC.;
HOME DEPOT U.S.A., INC.;
SLR, INC.;
AEROFIL TECHNOLOGY, INC.;
INNOVATIVE CHEMICAL TECHNOLOGIES; and
ORTEC, INC.;

    Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on August 24, 2010.**

    The Unopposed Motion to Excuse Personal Appearance During Settlement Conference filed by Plaintiffs Dempsey, Gregg and Johnson [filed August 23, 2010; docket #112] is **granted**. The Plaintiffs named herein are excused from appearing in person at the Settlement Conference

scheduled for August 30-31, 2010 and September 14-15, 2010. Plaintiffs' counsel shall ensure that these Plaintiffs are available by telephone throughout the entirety of the conference.