IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-00358-WYD-MEH

ROBERT BALATY,
GLORIA BOWMAN,
MARK BRADOW,
JENNIFER BRINDISI,
JULIE BROZOVICH,
SCOTT COGAN,
DEAN DEMPSEY, SR.,
DEAN DEMPSEY, JR.
JAMES DOWNING,
JESSICA GOODWIN,
KENT GREGG,
JILL HARRIS,
SHANNON JOHNSON,
PATRICIA LEIGH,
FRED MCCOY,
VALERIE REMINGTON,
GREGG THOMAS, and
JAMES WELTZHEIMER,

    Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC.,
HOME DEPOT U.S.A., INC.,
AEROFIL TECHNOLOGY, INC.,
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.,
SLR, INC., and
ORTEC, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 26, 2010.**

    The Motion to be Excused from Settlement Conference for Cross Claimant SLR, Inc. [filed August 25, 2010; docket #118] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003) (because Rule 7.1A requires meaningful negotiations by the parties, the rule is not satisfied by one party sending the other party a single email, letter or voicemail). The motion reflects that Defendant has had contact with only some of the parties in this case.

Moreover, the motion seeks an order excusing *counsel* for SLR, Inc. from the conference; however, as in all cases before this Court, the Court's order setting the conference requires the presence of the *parties* (persons with full settlement authority) and/or their counsel for settlement negotiations.