IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-00358-WYD-MEH

ROBERT BALATY,
GLORIA BOWMAN,
MARK BRADOW,
JENNIFER BRINDISI,
JULIE BROZOVICH,
SCOTT COGAN,
DEAN DEMPSEY, SR.,
DEAN DEMPSEY, JR.
JAMES DOWNING,
JESSICA GOODWIN,
KENT GREGG,
JILL HARRIS,
SHANNON JOHNSON,
PATRICIA LEIGH,
FRED MCCOY,
VALERIE REMINGTON,
GREGG THOMAS, and
JAMES WELTZHEIMER,

      Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC.,
HOME DEPOT U.S.A., INC.,
AEROFIL TECHNOLOGY, INC.,
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.,
SLR, INC., and
ORTEC, INC.,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 27, 2010.**

      The Amended Motion for SLR, Inc., its Representatives and Counsel to be Excused from Settlement Conference [filed August 26, 2010; docket #122] is **granted**. Defendant/Cross Claimant SLR, Inc. is excused from participating in the settlement conference scheduled to occur August 30 and 31 and September 14 and 15, 2010.