IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00358-WYD

ROBERT BALATY,
GLORIA BOWMAN,
MARK BRADOW,
JENNIFER BRINDISI,
JULIE BROZOVICH,
SCOTT COGAN,
DEAN DEMPSEY, SR.,
DEAN DEMPSEY, JR.
JAMES DOWNING,
**JESSICA GOODWIN**,
KENT GREGG,
JILL HARRIS,
SHANNON JOHNSON,
PATRICIA LEIGH,
FRED MCCOY,
VALERIE REMINGTON,
GREGG THOMAS,
JAMES WELTZHEIMER,

Plaintiffs,

v.

**ROANOKE COMPANIES GROUP, INC.,**
**HOME DEPOT U.S.A, INC.**,
SLR, INC.
**AEROFIL TECHNOLOGIES, INC**.
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.
ORTEC, INC.

Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF GOODWIN'S CLAIMS AGAINST DEFENDANTS ROANOKE COMPANIES GROUP, INC., HOME DEPOT U.S.A., INC., AND AEROFIL TECHNOLOGIES, INC., PURSUANT TO FED. R. CIV. P. 41(a)(2)**

THIS MATTER comes before the Court on Plaintiff Goodwin's Stipulation and Consent Order of Dismissal With Prejudice (ECF No. 143) of Defendants Roanoke Companies Group, Inc., Home Depot U.S.A., Inc., and Aerofil Technologies, Inc. After carefully reviewing the file in the above-captioned case, I find that the stipulation should be approved pursuant Fed. R. Civ. P. 41(a)(2), and all of Plaintiff Goodwin's claims against Defendants Roanoke Companies Group, Inc., Home Depot U.S.A., Inc., and Aerofil Technologies, Inc. should be dismissed with prejudice, and without costs to any party. Accordingly, it is

ORDERED that Plaintiff Goodwin's Stipulation and Consent Order of Dismissal With Prejudice (ECF No. 143) is **APPROVED.** It is

FURTHER ORDERED that all of Plaintiff Goodwin's claims against Defendants Roanoke Companies Group, Inc., Home Depot U.S.A., Inc., and Aerofil Technologies, Inc. are **DISMISSED WITH PREJUDICE**, without costs to any party. It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated: September 30, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge