IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00358-WYD

ROBERT BALATY,
GLORIA BOWMAN,
MARK BRADOW,
JULIE BROZOVICH,
DEAN DEMPSEY, SR.,
DEAN DEMPSEY, JR.
JAMES DOWNING,
KENT GREGG,
JILL HARRIS,
SHANNON JOHNSON,
PATRICIA LEIGH,
FRED MCCOY,
VALERIE REMINGTON,
GREGG THOMAS,

    Plaintiffs,

v.

ROANOKE COMPANIES GROUP, INC.,
HOME DEPOT U.S.A, INC.,
SLR, INC.
AEROFIL TECHNOLOGY, INC.
INNOVATIVE CHEMICAL TECHNOLOGIES, INC.
ORTEC, INC.

    Defendants.

## **ORDER**

THIS MATTER comes before the Court on Defendants' Innovative Chemical Technologies, Inc., and Ortec, Inc.'s Stipulated Motion for Dismissal with Prejudice (ECF No. 152), and the Court, having reviewed the same and being fully advised in the premises, hereby **ORDERS** said **MOTION is GRANTED**.

Defendant Ortec's cross-claims against Defendant Innovative Chemical Tech-nologies, Inc., are hereby dismissed with prejudice, with each party to bear its own costs and fees.

Dated: October 4, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge