IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00358-WYD

VALERIE REMINGTON and
GREG THOMAS

Plaintiffs,

v.

AEROFIL TECHNOLOGY, INC.

Defendant.

# ORDER

THIS MATTER comes before the Court upon review of the parties' Joint Notice Regarding Pending Claims and Status (ECF No. 159), filed October 13, 2010. Based on the parties' representations made in the joint notice, it is ordered as follows:

It is ORDERED that the Clerk of the Court shall amend the case caption to reflect that Plaintiffs Valerie Remington and Greg Thomas have pending claims against Defendant Aerofil Technology, Inc. only. All other parties have fully settled their claims. As such, the parties shall file any additional, necessary dismissal documents (so that the record accurately reflects all dismissed parties) with the Court not later than **Tuesday, November 16, 2010.** It is

FURTHER ORDERED that Defendants' Roanoke Companies Group, Inc. and Home Depot U.S.A. Inc.'s Joint Partial Motion to Dismiss Plaintiff's Fourth Amended Complaint Pursuant to Rule 12(b)(6) (ECF No. 108) is **DENIED AS MOOT.** It is

FURTHER ORDERED that Defendant Roanoke Companies Group's Cross-Claim against former Defendant SLR, Inc. is **DISMISSED WITH PREJUDICE**.

Dated: October 14, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge