IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00358-WYD

VALERIE REMINGTON and
GREG THOMAS

Plaintiffs,

v.

AEROFIL TECHNOLOGY, INC.

Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     On October 26, 2010, Plaintiffs filed a status report indicating that all of their claims against all Defendants have been resolved in this matter. Accordingly, all necessary dismissal documents pursuant to Fed. R. Civ. P. 41 shall be filed with the Court not later than **Tuesday, December 28, 2010.** Additionally, Aerofil's Partial Motion to Dismiss (ECF No. 107) is **DENIED WITHOUT PREJUDICE** as moot.

     Dated: October 26, 2010.