IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00358

VALERIE REMINGTON, and
GREG THOMAS,

   Plaintiffs

v.

AEROFIL TECHNOLOGY, INC.

   Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Stipulation and Consent Order of Dismissal With Prejudice of Roanoke Companies Group, Inc., Home Depot U.S.A., Inc., SLR, Inc., Aerofil Technologies, Inc., Innovative Chemical Technologies, Inc. and Ortec Pursuant to Fed. R. Civ. P. 41(a)(2) (ECF No. 164), filed December 28, 2010.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a), the stipulation should be approved and all of Plaintiffs' claims against the aforementioned Defendants should be dismissed with prejudice.  The cross claim against Defendant SLR should also be dismissed with prejudice.  Accordingly, it is

ORDERED that Plaintiff's Stipulation and Consent Order of Dismissal With Prejudice of Roanoke Companies Group, Inc., Home Depot U.S.A., Inc., SLR, Inc., Aerofil Technologies, Inc., Innovative Chemical Technologies, Inc. and Ortec Pursuant to Fed. R. Civ. P. 41(a)(2) (ECF No. 164) is **APPROVED.**  In accordance therewith,

Plaintiffs' claims against Defendants Roanoke Companies Group, Inc., Home Depot U.S.A., Inc., SLR, Inc., Aerofil Technologies, Inc., Innovative Chemical Technologies, Inc., and Ortec, Inc. are **DISMISSED WITH PREJUDICE** and without costs against the parties.  It is

FURTHER ORDERED that Defendant Roanoke Companies Group, Inc.'s cross-claims against Defendant SLR, Inc. are **DISMISSED WITH PREJUDICE** and without costs against either party.  It is

FURTHER ORDERED that the Clerk of the Court shall close this matter.

Dated:  January 4, 2011

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
Chief United States District Judge